

# Fourth Court of Appeals

## San Antonio, Texas

March 20, 2024

No. 04-24-00082-CR

**IN RE** Ernesto **MEDINA**

Original Proceeding[1]

### ORDER

On February 5, 2024, relator filed a petition for writ of mandamus. After considering the petition and this record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 20, 2024.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of March, 2024.

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CR-4038, styled *State of Texas v. Ernesto Medina*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.